UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN CARNEGIE SMITH,<br><br>Plaintiff,<br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 8:26-cv-01696-JDE<br><br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand (Dkt. 16, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 6, 2026

JOHN D. EARLY
United States Magistrate Judge